UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richad P. Gielata

        v.        Civil No. 11-cv-442-JL

Jay W. Eisenhofer, et al.

O R D E R

On September 8, 2011, Chief Judge Gregory M. Sleet of the District of Deleware, ordered the above-captioned case transferred to this District. The case was electronically transferred to New Hampshire on September 16, 2011.

The docket indicates that returns of service were made on both defendants, documents 3 and 4. A Motion to Extend Time to Answer, document 7, was denied as moot in Judge Sleet's Transfer Order.

In order to move this case along, it is herewith ordered, that the defendants file an answer or responsive pleading on or before October 11, 2011.

SO ORDERED.

September 22, 2011

                                        Joseph N. Laplante
                                        United States District Judge

cc:    Joseph N. Gielata, Esq.
        Thomas Cronin, Esq.
        Joseph Schoell, Esq.
        Karen Sullivan, Esq.
        Michael Carlinsky, Esq.
        Sanford Weisburst, Esq.
        William Chapman, Esq.