```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Richard P. Gielata**

   v.                                        Case No. 11-cv-442-PB

**Jay W. Eisenhofer, et al.**

### O R D E R

The motion for leave to file a reply is allowed (Doc. No. 66). There is no possibility that I will be a witness in this case. Further, the mere fact that a jury might learn of rulings or statements I made on the record in a related case does not provide me with a basis for recusal. In short, plaintiff has presented no good and sufficient reason to warrant my recusal. Accordingly, the motion to recuse is denied (Doc. No. 62).

    SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

February 1, 2012

cc:  Joseph N. Gielata, Esq.
     Thomas C. Cronin, Esq.
     Roger B. Phillips, Esq.
     Michael B. Carlinsky, Esq.
     Sanford I. Weisburst, Esq.
     William L. Chapman, Esq.