**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>Richard P. Gielata</u>

    **v.**                       Case No. 11-cv-442-PB

<u>Jay W. Eisenhofer, et al.</u>


<u>O R D E R</u>


The motion for leave to file a reply is allowed (Doc. No. 66).  There is no possibility that I will be a witness in this case.  Further, the mere fact that a jury might learn of rulings or statements I made on the record in a related case does not provide me with a basis for recusal.  In short, plaintiff has presented no good and sufficient reason to warrant my recusal.  Accordingly, the motion to recuse is denied (Doc. No. 62).

    SO ORDERED.


                                  <u>/s/Paul Barbadoro</u>
                                  Paul Barbadoro
                                  United States District Judge

February 1, 2012

cc:  Joseph N. Gielata, Esq.
     Thomas C. Cronin, Esq.
     Roger B. Phillips, Esq.
     Michael B. Carlinsky, Esq.
     Sanford I. Weisburst, Esq.
     William L. Chapman, Esq.